**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| MDU Resources Group, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 1:07-cv-076 |
| Larry Reinhardt and Edward D. Jones & Co., LLP, | ) ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is an "Amended Stipulation for Dismissal With Prejudice" filed on November 4, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 30) and **ORDERS** that the case be dismissed with prejudice and without costs to any party.

**IT IS FURTHER ORDERED** that the Court's Order Granting Preliminary Injunction (Docket No. 12) be lifted in its entirety.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court